UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANGELO JARMAL OWENS #829102,

     Plaintiff,

v.

     Case No. 1:24-cv-192

     HONORABLE PAUL L. MALONEY

EDMUND STONE, et al.,

     Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

     This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 6, 2024, recommending that this Court grant the motion, dismiss Plaintiff's claims against Unknown Party #1 without prejudice, and enter judgment.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

     **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 17) is APPROVED and ADOPTED as the Opinion of the Court.

     **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 11) is GRANTED.

     **IT IS FURTHER ORDERED** that Plaintiff's claims against Unknown Party #1 are DISMISSED WITHOUT PREJUDICE.

      **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.

Dated:  January 10, 2025
                      /s/  Paul L. Maloney
                      Paul L. Maloney
                      United States District Judge